# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-07259-R (SK) | Date | November 26, 2018 |
| Title | Daniel Ray Acevedo v. J. Robinson | | |

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE: OPPOSITION TO MOTION TO DISMISS**

On August 17, 2018, Petitioner filed a petition under 28 U.S.C. § 2254, challenging his 2014 conviction and sentence for first-degree murder. (ECF 1). On October 10, 2018, Respondent moved to dismiss the Petition for untimeliness and because a claim was barred by *Stone v. Powell*, 428 U.S. 465, 481-82 (1976). (ECF 11). Petitioner's opposition was due November 9, 2018 (ECF 3 at 2), but none has been filed as of today.

Failure to oppose a motion to dismiss may be deemed consent to the granting of the motion. *See* L.R. 7-12. Petitioner also bears the burden to establish timeliness on any other ground that the Court may be unaware of. *See Stancle v. Clay*, 692 F.3d 948, 953 (9th Cir. 2012). And the failure to oppose the motion to dismiss may be construed as a failure to prosecute and obey court orders. *See* Fed. R. Civ. P 41(b); L.R. 41-1.

THEREFORE, Petitioner is **ORDERED TO SHOW CAUSE** on or before **December 28, 2018** why the Court should not dismiss the Petition for failure to file the required opposition, for untimeliness, and for lack of prosecution. **Petitioner may discharge this order by filing an opposition to the motion to dismiss by no later than December 28, 2018.** Alternatively, if Petitioner no longer wishes to pursue this action, he may file a notice of voluntary dismissal using the attached Notice of Voluntary Dismissal Form (CV-9).

**If Petitioner does not file a timely response to this Order to Show Cause, the Court may recommend involuntary or summary dismissal of this action.**