JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY ACAVEDO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. ROBINSON,<br><br>　　　　Respondent. | CASE NO. 2:18-cv-07259-R (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition for Lack of Prosecution, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby DISMISSED without prejudice.

DATED: January 22, 2019

　　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE